NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

NINESTAR TECHNOLOGY CO., LTD.,
NINESTAR TECHNOLOGY COMPANY, LTD.,
AND TOWN SKY, INC.,
*Appellants,*

v.

INTERNATIONAL TRADE COMMISSION,
*Appellee,*

and

EPSON PORTLAND INC., EPSON AMERICA, INC.,
AND SEIKO EPSON CORPORATION,
*Intervenors.*

---

2009-1549

---

On appeal from the United States International Trade Commission in Investigation No. 337-TA-565.

---

ON MOTION

---

Before PROST, *Circuit Judge.*

ORDER

The International Trade Commission moves to lift the stay of proceedings. Town Sky, Inc. opposes. Intervenors submit a status report.

On May 12, 2010 this court stayed all proceedings pursuant to the automatic stay proceedings provision of 11 U.S.C. § 362. The ITC and intervenors inform the court that on July 16, 2010 the United States Bankruptcy Court for the Northern District of California lifted the automatic stay.

In light of the Bankruptcy Court's order, the ITC requests that we lift the stay of proceedings in this appeal. Town Sky's short response fails to persuade the court that the stay should remain in effect. We therefore grant the motion and lift the stay of proceedings.

Accordingly,

IT IS ORDERED THAT:

(1) The motion to lift the stay of proceedings is granted.

(2) The appellant's reply brief is due within 14 days from the date of filing of this order.

FOR THE COURT

SEP 2 4 2010
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Edward F. O'Connor, Esq.
Michael K. Haldenstein, Esq.
Harold A. Barza, Esq.

s19

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

SEP 2 4 2010

JAN HORBALY
CLERK